

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2015

No. 04-15-00299-CR

Louis Leo **CHRISTINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR4887
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due on **November 12, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court